IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN J. HLIS, AS BENEFICIARY AND
PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOHN G. HLIS, AND
AS TRUSTEE OF THE JUNE 25, 1992
TRUST AGREEMENT OF JOHN G.
HLIS AND JOYCE W. HLIS,

    Appellant,

v.

MARK J. HLIS AND STEPHEN G.
HLIS, BENEFICIARIES TO
DECEDENT'S WILL AND TRUST,

    Appellees.

Case No. 5D22-2996
LT Case No. 2020-12811-PRDL

_____/

Opinion filed March 24, 2023

Appeal from the Circuit Court
for Volusia County,
Kathryn D. Weston, Judge.

John J. Hlis, Lutz, pro se.

Daniel K. Schaffner,
Clearwater, for Appellees.

ON CONFESSION OF ERROR

PER CURIAM.

    Appellant appeals the trial court's final order dismissing the amended

petition to determine beneficiary and shares. Appellees filed a confession of error. We accept the confession of error, reverse the order, and remand for further proceedings.

REVERSED AND REMANDED.

JAY, SOUD and BOATWRIGHT, JJ., concur.